Cite as 2022 Ark. App. 7

# ARKANSAS COURT OF APPEALS

DIVISION III
No. E-21-162

| | |
|---|---|
| | **Opinion Delivered** January 12, 2022 |
| TESSA ROSAMOND | |
| APPELLANT | APPEAL FROM THE ARKANSAS BOARD OF REVIEW |
| V. | [NO. 2021-BR-00793] |
| DIRECTOR, DIVISION OF WORKFORCE SERVICES | |
| APPELLEE | REMANDED TO SETTLE AND SUPPLEMENT THE RECORD |

### N. MARK KLAPPENBACH, Judge

Tessa Rosamond appeals from a decision of the Arkansas Board of Review (Board) denying her claim for unemployment benefits. Because the record is missing a transcript needed to decide the appeal, we remand to the Board to settle and supplement the record.

The Division of Workforce Services initially allowed Rosamond benefits. Her employer appealed to the Appeal Tribunal (Tribunal), and a hearing was held on January 22, 2021. The Tribunal determined that Rosamond was not entitled to benefits. Rosamond then appealed to the Board, but her appeal was initially deemed untimely. A hearing was conducted before the Board to determine whether the appeal was timely filed and, if not, whether the untimely filing was a result of circumstances beyond Rosamond's control. In a March 2021 decision, the Board determined that Rosamond's appeal was filed in a timely manner. In the same decision, the Board then addressed the separation-from-work issue upon considering "the entire record of prior proceedings before the Appeal

Tribunal, including the testimony submitted at the hearing." The Board concluded that Rosamond should be denied benefits.

Rosamond now appeals from the Board's March 2021 decision denying her claim for benefits. However, because the record before this court does not include the transcript of the January 22, 2021 hearing before the Tribunal that addressed the separation-from-work issue, we cannot decide the merits of the appeal at this time. Accordingly, we remand to the Board to settle and supplement the record with the Tribunal hearing transcript within thirty days.

Remanded to settle and supplement the record.

ABRAMSON and VIRDEN, JJ., agree.

*Tessa Rosamond*, pro se appellant.

*Cynthia L. Uhrynowycz*, Associate General Counsel, for appellee.